NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

FOX JOSEPH SALERNO, *Petitioner*.

No. 1 CA-CR 25-0005 PRPC
FILED 01-27-2026

Petition for Review from the Superior Court in Maricopa County
No. CR2000-017362
The Honorable Michael W. Kemp, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Fox Joseph Salerno, Phoenix
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge James B. Morse Jr., Judge Anni Hill Foster, and Judge Veronika Fabian delivered the following decision.

**PER CURIAM:**

**¶1**      Petitioner Fox Joseph Salerno, seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Salerno's fourteenth petition.

**¶2**      We will not disturb a superior court's ruling on a petition for post-conviction relief absent an abuse of discretion or legal error. *See State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). Salerno has the burden to show that the superior court erred in denying his petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, petition for review. Salerno has not established error.

**¶4**      We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:    JT